## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERSHEL COLLINS | : | CIVIL ACTION NO. 3:08CV00630(SRU) |
| | : | |
| v. | : | |
| | : | |
| DR. STEVEN ANGUS, ET AL | : | JULY 16, 2008 |

### APPEARANCE

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for subpoenaed person Richard Blumenthal, in the above-captioned case.

Dated at Hartford, Connecticut, this 16th day of July, 2008.

> SUBPOENAED PERSON
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Perry Zinn Rowthorn
> Assistant Attorney General
> Federal Bar No. ct19749
> 55 Elm Street
> P.O. Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5020
> Fax: (860) 808-5347
> Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of July, 2008 to:

Herschel Collins, pro se
1131-0 Tolland Tpke.
Manchester, CT 06042

Robert Dennis Silva, Esq.
Stephen V. Manning, Esq.
O'Brien, Tanski, Tanzer & Young
CityPlace II
Hartford, CT 06103-3402

Daniel R. Schaefer, AAG
Office of the Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06106

_____
Perry Zinn Rowthorn
Assistant Attorney General